No. 57646.—Rohner, Gehrig & Co., Inc. v. United States, protest 205425–K (New York).

Opinion by FORD, J. An examination of the official record before the court disclosing no reason for disturbing the presumptively correct classification of the collector, the protest was overruled.

No. 57647.—S. Stern, Henry & Co. v. United States, protest 206892–K (New York).

Opinion by FORD, J. An examination of the official record before the court disclosing no reason for disturbing the presumptively correct classification of the collector, the protest was overruled.

BEFORE THE THIRD DIVISION, NOVEMBER 24, 1953

No. 57648.—Select Wines Company v. United States, protests 157638–K and 157639–K (Galveston).

Opinion by EKWALL, J. It was stipulated that the gin in question was produced, manufactured, and withdrawn from warehouse in the Virgin Islands at or above 100 proof; that, subsequently, it was reduced to 90 proof, prior to shipment to the United States; and that internal revenue tax imposed in the United States upon like articles of domestic manufacture was $9 per proof gallon at all times in question herein. Upon the agreed statement of facts, the claim that the merchandise should have been assessed upon the basis of the proof gallonage rather than upon the wine gallonage was sustained.

No. 57649.—Chekiang Company and Hensel, Bruckmann & Lorbacher, Inc. v. United States, protests 174734–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays, composed in chief value of brass, the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.